for petitioner. *Wilber Henderson* and *Dean H. Dickinson* for respondent. ▪

No. 131, Misc.  LEVINE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied. ▪

No. 150, Misc.  NEWAGON *v.* SWOPE, WARDEN.  C. A. 9th Cir.  Certiorari denied.  *A. J. Zirpoli* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, John R. Benney* and *Felicia H. Dubrovsky* for respondent. ▪

No. 167, Misc.  NOELL ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▪

No. 206, Misc.  SANDERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▪

No. 222, Misc.  NEWMAN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied. ▪

No. 242, Misc.  McINTOSH *v.* STEELE, WARDEN.  C. A. 8th Cir.  Certiorari denied. ▪

No. 248, Misc.  FOSTER *v.* SHERIFF OF LOS ANGELES COUNTY.  Supreme Court of California.  Certiorari denied. *Loren Miller, Fred Okrand* and *A. L. Wirin* for petitioner.

No. 254, Misc.  McGEE *v.* MISSISSIPPI.  Supreme Court of Mississippi.  Certiorari denied. *Aubrey Grossman* for petitioner.